ent.— Motion for leave to appeal to the Court of Appeals denied. Present — Kapper, Hagarty, Seeger, Carswell and Scudder, JJ.

Irene Johnson, as Administratrix, etc., of John S. Johnson, Deceased, Respondent, v. Frederick Lutz and Eugene Lutz, Copartners Doing Business as Chas. Lutz & Sons, Appellants.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Kapper, Hagarty, Seeger, Carswell and Scudder, JJ.

Samuel Kaplan, Appellant, v. Fanny Bloch and Others, Respondents.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Motion for stay denied. Present — Kapper, Hagarty, Seeger, Carswell and Scudder, JJ.

Irving Kimmelman, Respondent, v. Jack Kimmelman and Others, Defendants, and Charles Kimmelman, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Stay continued for thirty days to enable appellant to apply to the Court of Appeals. Present — Kapper, Hagarty, Seeger, Carswell and Scudder, JJ.

Julius Lehrenkrauss and Others, Copartners, etc., Respondents, v. Universal Tours, Inc., Appellant.— Motion to dismiss appeal denied. Present — Kapper, Hagarty, Seeger, Carswell and Scudder, JJ.

Marshall Mortgage Corporation, Respondent, v. Philly Building Corporation and Others, Defendants. City Masons Supply Co., Inc., Appellant.— Motion to dismiss appeal granted, with ten dollars costs, and appeal dismissed, with costs. Present — Kapper, Hagarty, Seeger, Carswell and Scudder, JJ.

Theodore H. Miller, Appellant, v. American Eagle Fire Insurance Company, Respondent.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Kapper, Hagarty, Seeger, Carswell and Scudder, JJ.

Mario Morra, Respondent, v. Herson Construction Corporation, Appellant.— Motion to dismiss appeal granted, without costs, and appeal dismissed, with costs. Present — Kapper, Hagarty, Seeger, Carswell and Scudder, JJ.

James H. Murnan, Respondent, v. Wabash Railway Company, Appellant.— Motion for stay denied, with ten dollars costs. Present — Kapper, Hagarty, Seeger, Carswell and Scudder, JJ.

James V. P. Oglesby, Appellant, v. Massachusetts Accident Company, Respondent. (Actions Nos. 1 and 2.) — Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Kapper, Hagarty, Seeger, Carswell and Scudder, JJ.

Lippe Orlinsky, Respondent, v. Zimmerman & Don, Inc., Appellant.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Kapper, Hagarty, Seeger, Carswell and Scudder, JJ.

Lippe Orlinsky, Respondent, v. Zimmerman & Don, Inc., Appellant.— Motion to dismiss appeal from judgment denied. Present — Kapper, Hagarty, Seeger, Carswell and Scudder, JJ.

The People of the State of New York, Respondent, v. Vincenzo Amore, Appellant.— Motion for enlargement of time to June third granted by consent. Present — Kapper, Hagarty, Seeger, Carswell and Scudder, JJ.

Sargina Realty Co., Inc., Respondent, v. Lottie Snyder, Appellant.—